

# Fourth Court of Appeals
## San Antonio, Texas

December 7, 2015

No. 04-15-00295-CR

Gary Lee **AVANT,**
Appellant

v.

The **STATE** of Texas,
Appellee

From the 186th Judicial District Court, Bexar County, Texas
Trial Court No. 2014CR5555
Honorable Jefferson Moore, Judge Presiding

# O R D E R

William L. Baskette, appointed counsel for Gary Lee Avant, has filed a motion to withdraw, asserting that health problems prevent him from preparing the appellant's brief. We **grant** the motion. We **abate** this appeal, and remand the case to the trial court to appoint new appellate counsel for Avant. *See Duncan v. Evans,* 653 S.W.2d 38, 40 (Tex. Crim. App. 1983) (holding that appellate courts may abate appeals so that trial court can assure appellant has effective assistance of counsel).

We **order** the trial court to appoint new counsel for Avant **by December 14, 2015**, and to inform this court in writing of its appointment. Once the court informs us of the appointment, the appeal will be reinstated on the docket of this court and the court will set a deadline for the filing of appellant's brief.

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 7th day of December, 2015.

_____
Keith E. Hottle
Clerk of Court